September 1, 2017 (Doc. 14, 1:16-cv-01204-PJK-KRS; Doc. 287, 1:08-cr-00966-PJK-1). are overruled.

(2) The Proposed Findings and Recommended Disposition of the Magistrate Judge (Doc. 14, 1:16-cv-01204-PJK-KRS; Doc. 287, 1:08-cr-00966-PJK-1) are adopted.

(3) Mr. Vann's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Doc. 2, 1:16-cv-01204-PJK-KRS; Doc. 277, 1:08-cr-00966-PJK-1) is denied.

(4) A certificate of appealability is denied.

(5) A separate judgment shall be entered in the civil case (1:16-cv-01204-PJK-KRS).

DATED this <u>24th</u> day of October 2017, at Santa Fe, New Mexico.

*Paul Kelly Jr.*
United States Circuit Judge
Sitting by Designation

Counsel:

Rayvell Vann, pro se.

David M. Walsh, Assistant United States Attorney (James D. Tierney, Acting United States Attorney), Albuquerque, New Mexico, for Plaintiff.